# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Lawrence Charles Bennett, D.C.,      :
             Petitioner      :
                               :
          v.                 :    No. 412 C.D. 2018
                               :
Bureau of Professional and          :
Occupational Affairs, State Board of     :
Chiropractic,                          :
             Respondent     :

## PER CURIAM

## O R D E R

     **AND NOW**, this 11th day of July 2019, it is ordered that the above-captioned opinion filed on May 8, 2019, shall be designated OPINION, rather than MEMORANDUM OPINION, and it shall be reported.